ROBERT GREAVES, Respondent, v JACLYN BURLINGAME, Appellant.

Submitted April 25, 2005; decided June 14, 2005

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion for reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution;

motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.